IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DEBORAH LAWS,

      Appellant,

v.

WELLS FARGO BANK, N.A.,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-4627

Opinion filed November 9, 2016.

An appeal from the Circuit Court for Leon County.
Angela C. Dempsey, Judge.

Gene D. Brown, Tallahassee, for Appellant.

Kimberly S. Mello and Robert Schneider of Greenberg Traurig, P.A., Tampa.
Michele L. Stocker of Greenberg Traurig, P.A., Ft. Lauderdale, for Appellee.

PER CURIAM.

     AFFIRMED.

B.L. THOMAS, ROWE, and WINSOR, JJ., CONCUR.